```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
```

MINISTER ERROL VICTOR, SR.,                CIVIL ACTION
ET AL.

VERSUS                                     NO: 12-2745

STATE OF LOUISIANA, ET AL.                 SECTION: R

### ORDER

Before the Court are the complaint of Errol Victor, Sr. and Tonya Otkins Victor,[1] which includes their federal habeas corpus claims and civil rights claims, and the Magistrate Judge's Report and Recommendation.[2] The Court, having reviewed *de novo* the complaint, the record, the applicable law, and the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, plaintiffs' federal habeas corpus claims are DISMISSED WITHOUT PREJUDICE. Plaintiffs' federal civil rights claims against Detectives Christie Murden Chavin and Kenneth Mitchell are STAYED, with the action closed. The Court, however, shall retain jurisdiction, and the case shall be restored to the trial docket upon plaintiffs' motion once their criminal proceedings are concluded. Plaintiffs' federal civil rights claims against all other defendants are DISMISSED WITH PREJUDICE.

---

[1] R. Doc. 1.

[2] R. Doc. 7.

Further, the Court will not issue a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Proceedings provides that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. Before entering the final order, the court may direct the parties to submit arguments on whether a certificate should issue." Rules Governing Section 2254 Proceedings, Rule 11(a). A court may only issue a certificate of appealability if the petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); Rules Governing Section 2254 Proceedings, Rule 11(a) (noting that 28 U.S.C. § 2253(c)(2) supplies the controlling standard). In *Miller-El v. Cockrell*, the Supreme Court held that the "controlling standard" for a certificate of appealability requires the petitioner to show that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different matter or that the issues presented [are] 'adequate to deserve encouragement to proceed further.'" *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). With respect to claims denied on procedural grounds, the petitioner must make a two-part showing: (1) that "jurists of reason would find it debatable whether the district court was correct in its procedural ruling," and (2) that "jurists of reason would find it debatable whether the petition states a

valid claim of the denial of a constitutional right." *Johnson v. Quarterman*, 483 F.3d 278, 284 (5th Cir. 2007) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)). Here, the Victors have not made a substantial showing of the denial of a constitutional right. Further, the issues would not engender debate among reasonable jurists. The Court therefore will not issue a certificate of appealability.

    New Orleans, Louisiana, this 2nd day of January, 2013.

                              _____
                                  SARAH S. VANCE
                        UNITED STATES DISTRICT JUDGE